UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):    **Marilyn Grosso , ;** | **Defendant**(s):  **Intermountain Centers for Human Development, Inc., , ;** |
| County of Residence: Pima | County of Residence: Pima |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Jeffrey Silence ,** Silence Law Group PLLC 20235 N. Cave Creek Blvd Ste 104 # 460 Phoenix, AZ  85024 6023211538 | , , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

II. Basis of Jurisdiction:        **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties**(Diversity Cases Only)**

Plaintiff:-        **1 Citizen of This State**

Defendant:-        **1 Citizen of This State**

IV. Origin :        **1. Original Proceeding**
V. Nature of Suit:        **442 Employment**

VI.Cause of Action:        **ADA discrimination and retaliation (42 U.S.C. § 12112 and 12203), FMLA interference and retaliation (29 U.S.C. § 2615 and 2615), ARS 23-1501, and False Claims Act retaliation (31 U.S.C. § 3730)**

VII. Requested in Complaint

Class Action:        **No**

Dollar Demand:

Jury Demand:        **Yes**

VIII. This case **is not related** to another case.

**Signature:** Jeffrey Silence

   **Date:** 5/11/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.