UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development, Inc., an Arizona corporation, d/b/a Intermountain Health Center, Inc.,<br><br>Defendant. | Case No. 4:26-cv-00233-TUC-JGZ<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Unseal Case and to Proceed on the Public Docket. Having considered the Motion, and good cause appearing,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** unsealing this case and all docket entries filed to date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to remove the "SEALED" designation from the docket and to permit electronic notice to issue as in the ordinary course.

**IT IS FURTHER ORDERED** that no further qui tam procedural requirements apply to this action, including the disclosure requirements of 31 U.S.C. § 3730(b)(2) and service on the United States.

DATED this ____ day of _______________, 20___

______________________

Honorable Jennifer G. Zipps
United States District Judge