# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilyn Grosso,<br><br>      Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development Incorporated,<br><br>      Defendant. | No. CV-26-00233-TUC-JGZ<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Unseal Case and to Proceed on the Public Docket. (Doc. 4.) Having considered the Motion, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion (Doc. 4) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court unseal this case and all docket entries filed to date.

**IT IS FURTHER ORDERED** that no further qui tam procedural requirements apply to this action, including the disclosure requirements of 31 U.S.C. § 3730(b)(2) and service on the United States.

Dated this 12th day of June, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge