Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 1323
Invoice # 177587
Liddy # 529364-1

**UNITED STATES DISTRICT COURT, STATE OF ARIZONA**
**405 W. Congress Street, Ste 1500, Tucson, AZ 85701**

**MARILYN GROSSO,**

**Plaintiff(s) / Petitioner(s),**

**vs**

**INTERMOUNTAIN CENTERS FOR HUMAN DEVELOPMENT, INC.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
**Case No. 4:26-cv-00233**

**ENTITY/PERSON TO BE SERVED:** Intermountain Centers for Human Development, Inc.

**PLACE OF SERVICE:** 6736 N. Camino Padre Felipe, Tucson, AZ 85718

**DATE OF SERVICE:** On the 10 day of August , 2026 at 10:05 AM County Pima

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Nathan C. Wright, Wright & Wright, PLLC, Statutory Agent, authorized to receive and accept service of process.

on 8/3/2026 we received the following documents for service:
Summons, Complaint

**Received from SILENCE LAW GROUP, ( Trevor Cook 037952 )**

PROCESS SERVER: Daniel Ronnie #039

**The undersigned states: That I am a certified private process ~~server in the county~~ of Pima and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: [signature] Date: 8/11/2026

| Item | Amount |
|---|---|
| Service of Process | $22.00 |
| Minimum Mileage | $40.00 |
| Doc Prep Fee | $15.00 |
| Copies, B&W | $13.00 |
| Total | $90.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.