Joseph A. Kroeger, Bar No. 026036
Alexander L. Bevans, Bar No. 038941
SNELL & WILMER LLP
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
Telephone: 520.882.1200
Facsimile: 520.884.1294
Email: jkroeger@swlaw.com
abevans@swlaw.com

*Attorneys for Defendant*
*Intermountain Centers for Human Development, Inc.*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Marilyn Grosso,

Plaintiff,

v.

Intermountain Centers for Human Development, Inc., an Arizona corporation d/b/a Intermountain Health Center, Inc.,

Defendant.

Case No. 4:26-cv-00233-JGZ

**NOTICE OF APPEARANCE**

Notice is hereby given that Joseph A. Kroeger and Alexander L. Bevans, of the law firm Snell & Wilmer L.L.P., hereby enter their appearances as counsel of record on behalf of Defendant Intermountain Centers for Human Development, Inc. in the above-captioned matter.

DATED this 28th day of August, 2026.

SNELL & WILMER L.L.P.

By: *s/ Alexander L. Bevans*
Joseph A. Kroeger (#026036)
Alexander L. Bevans (#038941)
One South Church Avenue, Suite 1500
Tucson, AZ 85701

*Attorneys for Defendant*
*Intermountain Centers for Human Development, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: *s/ Katherine Sandoval*

4934-4551-2907

SNELL & WILMER