Joseph A. Kroeger, Bar No. 026036
Alexander L. Bevans, Bar No. 038941
SNELL & WILMER LLP
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
Telephone: 520.882.1200
Facsimile: 520.884.1294
Email: jkroeger@swlaw.com
abevans@swlaw.com

*Attorneys for Defendant Intermountain Centers for Human Development, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development, Inc., an Arizona corporation, d/b/a Intermountain Health Center, Inc.,<br><br>Defendant. | Case No. 4:26-cv-00233-JGZ<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The Parties hereby jointly stipulate and respectfully request, pursuant to LRCiv 7.3., that Defendant Intermountain Centers for Human Development, Inc. shall have until Monday, September 14, 2026 to file its response to Plaintiff's Complaint, (ECF No. 1) served August 10, 2026. No previous extensions have been requested or granted in this matter.

Pursuant to LRCiv. 7.1(b)(3), a proposed order shall be lodged separately herewith.

SNELL & WILMER

DATED this 28th day of August, 2026.

SILENCE LAW GROUP, PLLC

By: *s/ Trevor Cook (with permission)*
Jeffrey Silence (#029143)
Trevor Cook (#037952)
20235 N. Cave Creek Road
Suite 104 #460
Phoenix, AZ 85024

*Attorneys for Plaintiff Marilyn Grosso*

SNELL & WILMER L.L.P.

By: *s/ Alexander L. Bevans*
Joseph A. Kroeger (#026036)
Alexander L. Bevans (#038941)
One South Church Avenue
Suite 1500
Tucson, AZ 85701

*Attorneys for Defendant Intermountain Centers for Human Development, Inc.*

SNELL & WILMER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: *s/ Katherine Sandoval*

4930-2561-8379

SNELL & WILMER