IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Marilyn Grosso,

Plaintiff,

v.

Intermountain Centers for Human Development, Inc., an Arizona corporation, d/b/a Intermountain Health Center, Inc.,

Defendant.

Case No. 4:26-cv-00233-JGZ

**[PROPOSED] ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation to Extend Defendant's Deadline to Respond to Plaintiff's Complaint, and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to **Monday, September 14, 2026.**