Joseph A. Kroeger, Bar No. 026036
Alexander L. Bevans, Bar No. 038941
SNELL & WILMER LLP
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
Telephone: 520.882.1200
Facsimile: 520.884.1294
Email: jkroeger@swlaw.com
abevans@swlaw.com

*Attorneys for Defendant*
*Intermountain Centers for Human Development, Inc.*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Marilyn Grosso,

Plaintiff,

v.

Intermountain Centers for Human Development, Inc., an Arizona corporation d/b/a Intermountain Health Center, Inc.,

Defendant.

Case No. 4:26-cv-00233-JGZ

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendant Intermountain Centers for Human Development, Inc. in compliance with the provisions of: (*check one*)

X Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

SNELL & WILMER

**The filing party hereby declares as follows:**

X No such corporation.

__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

__ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.) ________________________________________

Relationship______________________

___ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 28th day of August, 2026.

SNELL & WILMER L.L.P.

By: *s/ Alexander L. Bevans*
Joseph A. Kroeger (#026036)
Alexander L. Bevans (#038941)
One South Church Avenue, Suite 1500
Tucson, AZ 85701

*Attorneys for Defendant Intermountain Centers for Human Development, Inc.*

SNELL & WILMER

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: *s/ Katherine Sandoval*

4924-0296-7244