**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Plaintiff*

SILENCE LAW GROUP

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development, Inc.,<br><br>Defendant. | Case No. CV-26-00233-TUC-JGZ<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>(Hon. Jennifer G. Zipps) |

Plaintiff Marilyn Grosso responds to the Court's Order to Show Cause, (Doc. 9), to show cause why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b): because timely service was accomplished.

This action commenced on May 11, 2026, and Plaintiff's deadline to serve was August 10, 2026. *See* Fed. R. Civ. P. 4(m). Defendant Intermountain Centers for Human Development, Inc., was served by personal service on August 10, 2026, the final day of the period. The Certificate of Service by Private Process Server filed at Doc. 10 establishes service on that date.

Rule 4(l)(3) provides that "[f]ailure to prove service does not affect the validity of service" and the Court "may permit proof of service to be amended." Although proof of service was not filed until after the Order to Show Cause was entered, that delay does not affect the validity of service, and the defect was cured by the filing at Doc. 10.

SILENCE LAW GROUP

Undersigned counsel failed to timely file proof of service in mistaken reliance on the customary practice followed in state court of the process server filing the return of service directly. Counsel filed the certificate of service (Doc. 10) immediately when notified of entry of the Order. The oversight was clerical, has caused no prejudice to Defendant, and has been corrected. Indeed, counsel for both Parties have been in communication in furtherance of the case and have jointly filed a stipulation of extension of time for Defendant to answer the Complaint (Doc. 12).

For these reasons, Plaintiff respectfully requests that the Court accept the late-filed proof of service (Doc. 10), find that service was timely accomplished under Rule 4(m), and discharge the Order to Show Cause.

RESPECTFULLY SUBMITTED this 2d day of September, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Plaintiff*