**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Marilyn Grosso,

Plaintiff,

v.

Intermountain Centers for Human Development Incorporated,

Defendant.

No. CV-26-00233-TUC-JGZ

**ORDER**

Having considered the parties' Joint Stipulation to Extend the Deadline for Defendant to Respond to Plaintiff's Complaint (Doc. 12), and good cause appearing, the Court will grant the requested extension.

The Court ordered Plaintiff to show cause as to why she had failed to serve the Summons and Complaint on Defendant. (Doc. 9.) The Court is satisfied with Plaintiff's response and will discharge the Order to Show Cause. Accordingly,

**IT IS ORDERED** that the Joint Stipulation (Doc. 12) is **granted**. Defendant must answer or otherwise respond to Plaintiff's Complaint on or before **September 14, 2026**.

**IT IS FURTHER ORDERED** that the Order to Show Cause (Doc. 9) is **discharged**.

Dated this 3rd day of September, 2026.

Jennifer G. Zipps
Chief United States District Judge