**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development, Inc.,<br><br>Defendant. | Case No. CV-26-00233-TUC-JGZ<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(Second Request)<br><br>(Hon. Jennifer G. Zipps) |

The parties hereby jointly stipulate and respectfully request, pursuant to LRCiv 7.3, that Defendant Intermountain Centers for Human Development, Inc. shall have until Wednesday, October 14, 2026, to file its response to Plaintiff's Complaint, (Doc. 1), served August 10, 2026. One extension was previously requested and granted in this matter. *See* (Doc. 15).

In light of Plaintiff's Counsel's application to withdraw filed contemporaneously with this joint stipulation, the parties agree that the Court's permitting Plaintiff's counsel to withdraw while ensuring Plaintiff has a reasonable opportunity to obtain substitute counsel is good cause to support this second extension request. The extension is requested before the deadline and would prejudice no party.

Pursuant to LRCiv 7.1(b)(3), a proposed order is filed together with this request.

SILENCE LAW GROUP

RESPECTFULLY SUBMITTED this 10th day of September, 2026.

SILENCE LAW GROUP, PLLC.

By: */s/ Trevor Cook*
Jeffrey Silence (#029143)
Trevor Cook (#037952)
20235 N. Cave Creek Road
Suite 104 #460
Phoenix, AZ 85024

*Attorneys for Plaintiff Marilyn Grosso*

SNELL & WILMER L.L.P.

By: */s/ Joseph A. Kroger* (with permission)
Joseph A. Kroeger (#026036)
Alexander L. Bevans (#038941)
One South Church Avenue
Suite 1500
Tucson, AZ 85701

*Attorneys for Defendant Intermountain Centers for Human Development, Inc.*

SILENCE LAW GROUP