IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Marilyn Grosso,

Plaintiff,

v.

Intermountain Centers for Human Development, Inc., an Arizona corporation, d/b/a Intermountain Health Center, Inc.,

Defendant.

Case No. 4:26-cv-00233-JGZ

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation to Extend Deadline for Defendant to Respond to Complaint (Doc. 16), and good cause appearing, the Court will grant the requested extension.

**IT IS ORDERED** that the Joint Stipulation (Doc. 16) is **granted**. Defendant must answer or otherwise to Plaintiff's Complaint on or before **October 14, 2026**.