**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development, Inc.,<br><br>Defendant. | Case No. CV-26-00233-TUC-JGZ<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD (WITHOUT CLIENT CONSENT)**<br><br>(Hon. Jennifer G. Zipps) |

Pursuant to LRCiv 83.3(b)(2), Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook (collectively, "Silence Law Group"), counsel of record for Plaintiff Marilyn Grosso, respectfully apply for leave to withdraw as counsel for Plaintiff without Plaintiff's consent.

1. Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook have served as counsel of record for Plaintiff Marilyn Grosso since the filing of this action on May 11, 2026.

2. The only pending deadline in this case currently set by Court order is Defendant's response deadline of September 14, 2026. (*See* Doc. 15.) The parties have stipulated to a thirty-day extension of that deadline, filed contemporaneously with this motion. (*See* Doc. 16.)

SILENCE LAW GROUP

3. Professional considerations require termination of the representation as authorized by ER 1.16(b), Arizona Rules of Professional Conduct, Ariz. R. Sup. Ct. 42, applicable in this Court by LRCiv 83.2(e). Counsel does not detail those considerations to avoid disclosing privileged or confidential information but will provide further information *in camera* if directed to do so by the Court.

4. Counsel will surrender Plaintiff's file to Plaintiff on entry of an order permitting withdrawal.

5. This motion is accompanied by a certificate of undersigned counsel in compliance with LRCiv 83.3(b)(2).

6. Plaintiff's last known residence and telephone number are as follows:
7661 S. Freshwater Pearl Dr.
Tucson, AZ 85747
520-488-9382

**Conclusion**

Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook respectfully request that the Court enter the accompanying proposed order granting them leave to withdraw as counsel of record for Plaintiff Marilyn Grosso and directing the Clerk to terminate them as counsel of record on the docket in this matter.

RESPECTFULLY SUBMITTED this 10th day of September, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Plaintiff*



SILENCE LAW GROUP

***Certificate of Service***

I certify that on the 10th day of September, 2026, I emailed the document this certificate accompanies to and ordered personal service of it on:

Marilyn Grosso
7661 S. Freshwater Pearl Dr.
Tucson, AZ 85747
grossomarilyn@gmail.com

*/s/ Trevor Cook*

SILENCE LAW GROUP