**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development, Inc.,<br><br>Defendant. | Case No. CV-26-00233-TUC-JGZ<br><br>**LRCIV 83.3(B)(2) CERTIFICATE**<br><br>(Hon. Jennifer G. Zipps) |

Undersigned counsel certifies that client Plaintiff Marilyn Grosso was notified in writing on September 9 and 10, 2026, of the status of this case, including:

1. That no hearings or trial settings are currently scheduled in this action;
2. The Defendant's response deadline of September 14, 2026;
3. The Parties' stipulation to extend the Defendant's response deadline to October 14, 2026, and the possibility the Court may not grant that extension; and
4. The possibility of sanctions for failure to comply with any existing or future Court order.

SILENCE LAW GROUP

DATED this 10th day of September, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Plaintiff*

***Certificate of Service***

I certify that on the 10th day of September, 2026, I emailed the document this certificate accompanies to and ordered personal service of it on:

Marilyn Grosso
7661 S. Freshwater Pearl Dr.
Tucson, AZ 85747
grossomarilyn@gmail.com

*/s/ Trevor Cook*



SILENCE LAW GROUP