**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marilyn Grosso,<br>Plaintiff,<br>v.<br>Intermountain Centers for Human Development, Inc.,<br>Defendant. | Case No. CV-26-00233-TUC-JGZ<br>**[PROPOSED] ORDER**<br>(Hon. Jennifer G. Zipps) |

Before the Court is the Application of Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook to Withdraw as Counsel of Record, captioned Motion to Withdraw as Counsel of Record (Without Client Consent) (the "Application"), (Doc. 17). Good cause appearing,

**IT IS ORDERED** that the Application is **granted**.

**IT IS FURTHER ORDERED** that Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook are withdrawn as counsel of record for Plaintiff Marilyn Grosso.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook as counsel of record and remove them from the CM/ECF service list in this matter.

**IT IS FURTHER ORDERED** that Plaintiff Marilyn Grosso shall proceed in this action *pro se* unless and until substitute counsel appears on her behalf.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter on the docket Plaintiff's last known mailing address and telephone number as follows:

Marilyn Grosso
7661 S. Freshwater Pearl Dr.
Tucson, Arizona 85747
(520) 488-9382

and shall serve Plaintiff by mail at that address with a copy of this Order and with all further orders and notices issued in this action.

**IT IS FURTHER ORDERED** that Plaintiff shall file a notice of any change of mailing address or telephone number in accordance with LRCiv 83.3(d).

***Certificate of Service***

I certify that on the 10th day of September, 2026, I emailed the document this certificate accompanies to and ordered personal service of it on:

Marilyn Grosso
7661 S. Freshwater Pearl Dr.
Tucson, AZ 85747
grossomarilyn@gmail.com

*/s/ Trevor Cook*