**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marilyn Grosso,<br><br>Plaintiff,<br><br>v.<br><br>Intermountain Centers for Human Development Incorporated,<br><br>Defendant. | No. CV-26-00233-TUC-JGZ<br><br>**ORDER** |

Pending before the Court are Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook's Motion to Withdraw as Counsel of Record (Without Client Consent) (Doc. 17) and the parties' Joint Stipulation to Extend Deadline for Defendant to Respond to Complaint (Doc. 16). The Court finds counsel complied with Local Rule Civil 83.3(b)(2) by accompanying the motion with a certificate that Plaintiff has been notified in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders, and the possibility of sanctions.

The Court will grant the Motion. Plaintiff shall proceed in this action pro se unless and until she obtains new counsel.

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw (Doc. 17) is **granted.** Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook are hereby withdrawn as counsel of record for Plaintiff Marilyn Grosso. The Clerk of the Court shall update the address of Plaintiff to

the following:

Marilyn Grosso
7661 S. Freshwater Pearl Dr.
Tucson, Arizona 85747
(520) 488-9382

Withdrawing counsel must send a copy of this Order to Plaintiff. Unless and until substitute counsel appears, the Clerk of Court must serve all further orders and notices issued in this action on Plaintiff at the above address.

**IT IS FURTHER ORDERED** that all parties and the Clerk of the Court are to remove Silence Law Group, PLLC, Jeffrey Silence, and Trevor Cook from their respective lists for service of process and notice.

**IT IS FURTHER ORDERED** that the Joint Stipulation (Doc. 16) is granted. Defendant must answer or otherwise respond to Plaintiff's Complaint on or before **October 14, 2026**.

Dated this 14th day of September, 2026.

Jennifer G. Zipps
Chief United States District Judge